1  SUZANNE A. LUBAN
   Attorney At Law
2  State Bar No. 120629
   3758 Grand Avenue #4
3  Oakland, California 94610
   Phone: 510/832-3555
4

5  Attorney for Defendant
   NIESHA JACKSON
6

7                    UNITED STATES DISTRICT COURT

8                  FOR THE EASTERN DISTRICT OF CALIFORNIA
                              (Sacramento)
9

10 UNITED STATES OF AMERICA,        )    CR. S-09-325-FCD
                                    )
11            Plaintiff,             )    STIPULATION AND ORDER
                                    )    CONTINUING STATUS
12    vs.                            )    CONFERENCE
                                    )
13 NIESHA JACKSON,                  )
                                    )
14            Defendant.             )
   _____  )    Judge: Hon. Frank C. Damrell, Jr.
15

16

17       Defendant NIESHA JACKSON first appeared before this Court on August 31,

18 2009. The Court set the matter for a further status conference on October 13, 2009 at

19 10:00 a.m. Counsel for defendant wishes to continue the hearing for one week due to

20 a personal matter. The government has no objection. Defendant is out of custody

21 and according to her Pretrial Services officer, she is in compliance with her

22 supervision requirements. The Court is available on Monday, October 19, 2009.

23       Therefore, Plaintiff United States of America and Defendant Niesha Jackson,

24 by and through their respective counsel of record, hereby agree and stipulate that the

25 status conference set for October 13, 2009 shall be continued one week to October 19,

26 2009 at 10:00 a.m. and that an exclusion of time under the Speedy Trial Act is called

27 for, because the requested continuance is needed for continuity of counsel. The

28

                                        1

parties stipulate that this interest of justice outweighs the best interest of the public and the defendant in a speedy trial.  Therefore, the parties agree that the Court shall order that the Speedy Trial clock shall be tolled for the reasons stated above from this date through October 19, 2009, pursuant to the Speedy Trial Act, 18 U.S.C. §3161 (h)(1)(F) and (h)(8)(B)(iv).

IT IS SO STIPULATED:

DATED: September 17, 2009              /S/ Suzanne A. Luban
                                       SUZANNE A. LUBAN,
                                       Counsel for Defendant Jackson


DATED: September 17, 2009              /S/ Matthew Segal
                                       MATTHEW SEGAL
                                       Assistant United States Attorney
                                       Counsel for Plaintiff

_____

   For Good Cause Shown, IT IS SO ORDERED, and the Court finds that the Speedy Trial exclusions stated above are proper, and that the interest of justice is served by this continuance for the reasons stated above.

Dated: September 18, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

2