SUZANNE A. LUBAN
Attorney At Law
State Bar No. 120629
3758 Grand Avenue #4
Oakland, California 94610
Phone: 510/832-3555

Attorney for Defendant
NIESHA JACKSON

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA
(Sacramento)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR S-09-325-FCD |
| | ) | |
| Plaintiff, | ) | STIPULATION AND |
| | ) | ORDER REMOVING |
| vs. | ) | PRETRIAL RELEASE |
| | ) | CONDITION |
| NIESHA JACKSON, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Defendant NIESHA JACKSON first appeared before the Honorable Magistrate Judge Kimberly J. Mueller on August 6, 2009, and the Court ordered her released on a $50,000 personal surety bond, and imposed conditions of release. Among the conditions of release was the condition that the defendant shall participate in counseling at testified discretion of the Pretrial Services Officer. Pretrial Service Officer Gaskins has informed counsel that Ms. Jackson has tested negative for any new use of drugs since her release, and that this discretionary counseling condition may be removed as counseling is not required for Ms. Jackson so long as she continues to test negative.  The drug-testing condition will remain.

1

The parties agree and stipulate, by and through their respective counsel of record, that this Court should enter an order modifying the conditions of defendant's pretrial release to remove the condition of counseling.

IT IS SO STIPULATED:

DATED: October 6, 2009                    /S/ Suzanne A. Luban
                                          SUZANNE A. LUBAN,
                                          Counsel for Defendant Jackson


DATED: October 6, 2009                    /S/ Matthew Segal
                                          MATTHEW SEGAL
                                          Assistant United States Attorney
                                          Counsel for Plaintiff

_____

For Good Cause Shown, IT IS SO ORDERED.

Dated: October 8, 2009.

_____
U.S. MAGISTRATE JUDGE