SUZANNE A. LUBAN
Attorney At Law
State Bar No. 120629
3758 Grand Avenue #4
Oakland, California 94610
Phone: 510/832-3555

Attorney for Defendant
NIESHA JACKSON

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA
(Sacramento)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR S-09-325-FCD |
| | ) | |
| Plaintiff, | ) | SECOND |
| | ) | STIPULATION AND |
| vs. | ) | ORDER CONTINUING |
| | ) | STATUS CONFERENCE |
| NIESHA JACKSON, | ) | |
| | ) | Date: November 30, 2009 |
| Defendant. | ) | Time: 10:00 a.m. |
| _____ | ) | Judge: Hon. Frank C. Damrell, Jr. |

    The parties request that the status conference in this case be continued from October 19, 2009 to November 30, 2009 at 10:00 a.m.  They stipulate that the time between October 19, 2009 and November 30, 2009 should be excluded from the calculation of time under the Speedy Trial Act.  The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv).

    Specifically, the United States has disclosed voluminous discovery, including documents and audio recordings, and counsel needs time for review of those materials.  Therefore, the parties agree that the Court shall order that the Speedy Trial clock shall be tolled for the reasons stated above from this date through November

30, 2009.

Defendant is out of custody on pretrial release and is in compliance with pretrial supervision requirements.

IT IS SO STIPULATED:

DATED: October 15, 2009                        /S/ Suzanne A. Luban
                                               SUZANNE A. LUBAN,
                                               Counsel for Defendant Jackson


DATED: October 15, 2009                        /S/ Matthew Segal
                                               MATTHEW SEGAL
                                               Assistant United States Attorney
                                               Counsel for Plaintiff

_____

For Good Cause Shown, IT IS SO ORDERED, and the Court finds that the Speedy Trial exclusions stated above are proper, and that the interest of justice is served by this continuance for the reasons stated above.

Dated   October 15, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE