BENJAMIN B. WAGNER
United States Attorney
MATTHEW D. SEGAL
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2708

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>NIESHA JACKSON<br><br>        Defendant.<br>_____ | CASE NO. 2:09-CR-325 FCD<br><br><br>STIPULATION AND<br>ORDER TO EXCLUDE TIME |

The parties request that the status conference in this case be continued from November 30, 2009 to January 25, 2010 at 10:00 a.m.. They stipulate that the time between November 30, 2009 and January 25, 2010 should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). Specifically, the United States has disclosed voluminous discovery, including documents and audio recordings, and counsel needs time for review of those materials. Additionally, counsel for the defendant

reports technical problems reviewing electronic files disclosed in discovery.  The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

```
                                        Respectfully Submitted,

                                        LAWRENCE G. BROWN
                                        United States Attorney


DATE: December 4, 2009        By:   /s/ Matt Segal
                                        MATTHEW D. SEGAL
                                        Assistant U.S. Attorney


DATE: December 4, 2009              /s/ Suzanne Luban by MDS
                                        SUZANNE LUBAN
                                        Attorney for Defendant
```

**SO ORDERED.**

DATE: December 4, 2009

_____
HON. FRANK C. DAMRELL, JR.
U.S. District Judge