SUZANNE A. LUBAN
Attorney At Law
State Bar No. 120629
3758 Grand Avenue #4
Oakland, California 94610
Phone: 510/832-3555

Attorney for Defendant
NIESHA JACKSON

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA
(Sacramento)

| UNITED STATES OF AMERICA, | ) | CR S-09-325-FCD |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| vs. | ) ) | |
| NIESHA JACKSON, | ) ) | |
| Defendant. | ) ) | |
| _____ | ) | Judge: Hon. Frank C. Damrell, Jr. |

Defendant NIESHA JACKSON is set to appear before this Court on January 25, 2010 for a further status conference. This is the parties' fourth request to continue this matter.[1] The parties stipulate and agree that the matter should be continued to Monday, March 1, 2010 for the following reasons:

1. The government is in the process of assembling and providing additional discovery requested by the defendant, and defense counsel will require additional time to review and analyze the forthcoming discovery. However, counsel for the

---

[1] The parties are aware that the Court ordinarily prefers the parties to appear if the matter has been continued more than twice. However, due to the reasons stated herein, the parties submit that an additional continuance is needed and that it would not be productive for them to appear on the previously scheduled date. Therefore, the parties request the Court to vary from its usual practice in this regard.

1

1 government is presently in trial in Fresno and therefore is unable to complete the
2 discovery disclosure until that trial is completed;

3     2. Counsel for the government has learned that he must be in Fresno on
4 January 25 in another matter, to meet with witnesses in an ongoing trial (which will
5 be dark on that day);

6     3. Both parties agree that this case is not ready to either set for trial or to
7 resolve by way of a plea, due to the status of discovery disclosure, and the ongoing
8 nature of plea negotiations.

9     Defendant is out of custody and continues to be in compliance with her
10 pretrial supervision requirements.  The Court is available on Monday, March 1, 2010.

11     Therefore, Plaintiff United States of America and Defendant Niesha Jackson,
12 by and through their respective counsel of record, hereby agree and stipulate that the
13 status conference set for January 25, 2010 shall be continued to March 1, 2010 at
14 10:00 a.m. and that an exclusion of time under the Speedy Trial Act is called for,
15 because the requested continuance is needed for continuity of the government's
16 counsel and to allow defense counsel time to prepare the defense.  The parties
17 stipulate that this interest of justice outweighs the best interest of the public and the
18 defendant in a speedy trial.  Therefore, the parties agree that the Court shall order
19 that the Speedy Trial clock shall be tolled for the reasons stated above from this date
20 through March 1, 2010 pursuant to the Speedy Trial Act, 18 U.S.C. §3161 (h)(1)(F)
21 and (h)(8)(B)(iv).

22 IT IS SO STIPULATED:

23 DATED: January 21, 2010              /S/ Suzanne A. Luban
                                                                      SUZANNE A. LUBAN,
24                                                                     Counsel for Defendant Jackson

25

26 DATED: January 21, 2010              /S/ Matthew Segal
                                                                     MATTHEW SEGAL
27                                                                     Assistant United States Attorney
                                                                    Counsel for Plaintiff
28

1   For Good Cause Shown, IT IS SO ORDERED, and the Court finds that the
2 Speedy Trial exclusions stated above are proper, and that the interest of justice is
3 served by this continuance for the reasons stated above.

5 Dated: January 22, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE