SUZANNE A. LUBAN
Attorney At Law
State Bar No. 120629
3758 Grand Avenue #4
Oakland, California 94610
Phone: 510/832-3555

Attorney for Defendant
NIESHA JACKSON

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA
(Sacramento)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR S-09-325-FCD |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | CONTINUING SENTENCING |
| vs. | ) | HEARING |
| | ) | |
| NIESHA JACKSON, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | Judge: Hon. Frank C. Damrell, Jr. |

Defendant NIESHA JACKSON is set to appear before this Court on September 27, 2010 for sentencing.  To enable the parties to complete their presentations for sentencing in a timely manner, the parties stipulate that the sentencing date should be continued until January 10, 2011.  The probation officer joins in this request.  This is the parties' first request to continue sentencing in this matter.  Defendant is out of custody and continues on pretrial supervision.  The Court is available on the date requested.

IT IS SO STIPULATED:

DATED: August 10, 2010                    ____/S/ Suzanne A. Luban____
                                          SUZANNE A. LUBAN,
                                          Counsel for Defendant Jackson

1

DATED:   August 10, 2010               /S/ Matthew Segal
MATTHEW SEGAL
Assistant United States Attorney
Counsel for Plaintiff

## ORDER

For Good Cause Shown, IT IS HEREBY ORDERED that sentencing in this matter is continued to Monday, January 10, 2011, at 10:00 a.m..  The disclosure and briefing schedule for the Presentence Report, objections, and sentencing memoranda shall be modified in compliance with Local Rule 460.

Dated: August 17, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE