SUZANNE A. LUBAN
Attorney At Law
State Bar No. 120629
3758 Grand Avenue #4
Oakland, California 94610
Phone: 510/832-3555

Attorney for Defendant
NIESHA JACKSON

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA
(Sacramento)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR S-09-00325-KJM |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND |
| vs. ) | ORDER CONTINUING |
| ) | SENTENCING HEARING |
| NIESHA JACKSON, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | Judge: Hon. Kimberly J. Mueller |

Defendant NIESHA JACKSON is set to appear before this Court on June 23, 2011 for sentencing. At the request of defense counsel for personal reasons, and to enable defense counsel to complete her presentations for sentencing in a timely manner, the parties stipulate that the sentencing date should be continued until July 21, 2011 at 10:00 a.m. The probation officer has no objection to this request. This is the parties' second request to continue sentencing in this matter. Defendant is out of custody and continues on pretrial supervision and drug testing with no positive tests. The Court is available on the date requested.

IT IS SO STIPULATED:

DATED: May 23, 2011                     /S/ Suzanne A. Luban
                                        SUZANNE A. LUBAN,
                                        Counsel for Defendant Jackson

1

1  DATED:   May 23, 2011             /S/ Matthew Segal
                                     MATTHEW SEGAL
2                                    Assistant United States Attorney
                                     Counsel for Plaintiff
3

4

5                                    ORDER

6       For Good Cause Shown, IT IS HEREBY ORDERED that sentencing in this
7  matter is continued to Thursday, July 21, 2011 at 10:00 a.m.  The disclosure and
8  briefing schedule for the Presentence Report, objections, and sentencing memoranda
9  shall be in compliance with Local Rule 460.
10 Dated:  May 25, 2011.

                                     _____
                                     UNITED STATES DISTRICT JUDGE

2