1  SUZANNE A. LUBAN
   Attorney At Law
2  State Bar No. 120629
   3758 Grand Avenue #4
3  Oakland, California 94610
   Phone: 510/832-3555
4
5  Attorney for Defendant
   NIESHA JACKSON
6

7                    UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA
                            (Sacramento)
9

10 UNITED STATES OF AMERICA,      )   2:09-cr-00325-KJM
                                  )
11         Plaintiff,             )
                                  )   REQUEST FOR ORDER
12   vs.                          )   DIRECTING PROBATION
                                  )   OFFICER TO PROVIDE COPIES
13                                )   OF RECORDS TO COUNSEL
   NIESHA JACKSON,                )
14                                )
           Defendant.             )
15 _____)   Judge: Hon. Kimberly J. Mueller

16

17       Defendant NIESHA JACKSON is set to appear before this Court on July 21,
18 2011 at 10:00 a.m. for sentencing.  Counsel for defendant requests this Court to
19 permit and direct the probation officer to provide copies to defense counsel of all
20 prior conviction records in the possession of the probation officer (who has advised
21 counsel that such an order is required in order for him to provide counsel with a copy
22 of records obtained from court files).  The records are needed to inform counsel
23 regarding the criminal history score recommended by the probation officer.  The
24 probation officer has invited counsel to view the records in the probation office, but
25 production of copies is preferable to enable counsel to make a careful analysis
26 thereof.
27       The undersigned has not yet heard back from the prosecutor, AUSA Matt
28

                                    1

Segal, regarding whether he has any objection to this request.  However, in the interests of moving forward, this request is being submitted and the undersigned will notify the Court if any such objection is noted by Mr. Segal.

DATED: June 6, 2011                    /S/ Suzanne A. Luban
                                       SUZANNE A. LUBAN,
                                       Counsel for Defendant Jackson

_____

## ORDER

For Good Cause Shown, IT IS HEREBY ORDERED that the U.S. Probation Officer is permitted and directed to provide copies (scanned and emailed or hard copy mailed) of all criminal history records pertaining to defendant Niesha Jackson in his possession.

Dated:  June 9, 2011.

_____
UNITED STATES DISTRICT JUDGE