SUZANNE A. LUBAN
Attorney At Law
State Bar No. 120629
3758 Grand Avenue #4
Oakland, California 94610
Phone: 510/832-3555

Attorney for Defendant
NIESHA JACKSON

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA
(Sacramento)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:09-cr-00325-KJM |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND |
| vs. | ) | ORDER CONTINUING |
| | ) | SENTENCING HEARING |
| NIESHA JACKSON, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | Judge: Hon. Kimberly J. Mueller |

Defendant NIESHA JACKSON is set to appear before this Court on July 21, 2011 for sentencing. At the request of both counsel to enable them to complete their presentations for sentencing, the parties stipulate that the sentencing date should again be continued until August 11, 2011 at 10:00 a.m. The probation officer is available on this date. This is the parties' third request to continue sentencing in this matter. Defendant is out of custody and continues in compliance with pretrial supervision and drug testing. The Court is available on the date requested.

It is requested that the disclosure and briefing schedule for the final

/ / / /

/ / / /

1

Presentence Report, objections to the PSR, and sentencing memoranda filed by the parties shall be modified in compliance with Local Rule 460 as set forth in the proposed order attached hereto.

IT IS SO STIPULATED:

DATED: June 24, 2011              /S/ Suzanne A. Luban
                                  SUZANNE A. LUBAN,
                                  Counsel for Defendant Jackson

DATED: June 24, 2011              /S/ Matthew Segal
                                  MATTHEW SEGAL
                                  Assistant United States Attorney
                                  Counsel for Plaintiff

## ORDER

For Good Cause Shown, IT IS HEREBY ORDERED that sentencing in this matter is continued from July 21, 2011 to Thursday, August 11, 2011 at 10:00 a.m. The disclosure and briefing schedule for the Presentence Report, objections, and sentencing memoranda shall be modified in compliance with Local Rule 460 as follows:

Objections to the Draft PSR shall be submitted to the USPO by July 14, 2011;

Final PSR shall be provided to counsel by July 28, 2011; and

Sentencing memoranda shall be filed by August 4, 2011.

IT IS SO ORDERED.

Dated: June 29, 2011.

_____
UNITED STATES DISTRICT JUDGE