```
BENJAMIN B. WAGNER
United States Attorney
MATTHEW D. SEGAL
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2708
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> NIESHA JACKSON ) <br> ) <br> Defendant. ) <br> _____) | CASE NO. 2:09-CR-325 FCD <br><br><br> MOTION AND ORDER TO ISSUE <br> BENCH WARRANT FORTHWITH |

   Today the Defendant failed to appear for sentencing. Counsel stated that she had just then heard from the Defendant's family that the Defendant was in the emergency room at San Leandro Hospital.  This information was new as of the time the case was called.

   After Court, the Probation Officer was informed that a Northern District Pretrial Services officer had checked with the E.R. at San Leandro Hospital and the Defendant's name was not in their system.  The AUSA and the Probation Officer related this information to counsel for the Defendant, who said that she would continue her efforts to contact the Defendant and/or her family.

1

The United States asks that the Court issue a bench warrant immediately.  It is not enough to rely on people's representations over the telephone – this entire case is about the Defendant and her associates using the telephone to impersonate institutional figures and defraud people.

If the Defendant satisfies the Northern District of California Pretrial Services Officer that this morning she was actually in the E.R. at that hospital, the Court will be promptly notified so that the warrant can be withdrawn.

```
                                    Respectfully Submitted,

                                    BENJAMIN B. WAGNER
                                    United States Attorney


DATE: October 6, 2011          By:  /s/ Matt Segal
                                    MATTHEW D. SEGAL
                                    Assistant U.S. Attorney
```

**The warrant requested shall issue, and the stay previously imposed is lifted.  SO ORDERED.**

DATE:  October 6, 2011.

_____
UNITED STATES DISTRICT JUDGE