Krista Hart
Attorney at Law
State Bar No. 199650
P.O. Box 188794
Sacramento, CA 94818
(916) 498-8398
kristahartesq@gmail.com

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff/Respondent,<br><br>v.<br><br>NIESHA NICOLE JACKSON,<br><br>Defendant/Movant. | Case Nos.<br>2:09-cr-00325-KJM<br><br>2:14-cr-00268-KJM<br><br>ORDER MOTION TO WITHDRAW MOTIONS (28 U.S.C. § 2255) |

**Good cause appearing**, movant's motion to withdraw her motions (ECF Nos. 29 and 31 in case number 2:14-cr-00268-KJM; and ECF Nos. 124 and 126 in case number 2:09-cr-00325-KJM) is granted, the motions are withdrawn.

DATED:   February 28, 2017

_____
UNITED STATES DISTRICT JUDGE