IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>JACKSON, et al,<br><br>    Defendant. | Case №: 2:09-cr-00325-KJM<br>And № 2:14-cr-00268-KJM<br><br>**O R D E R**<br>**APPOINTING COUNSEL** |

The court referred docket number 152 in 2:09-cr-00325 KJM and docket number 49 in 2:14-cr-00268 KJM to the Federal Defender to represent the defendant on May 22, 2019. The Federal Defender has determined it has a conflict and cannot represent Niesha Nicole Jackson. CJA Panel attorney Dustin D. Johnson is hereby appointed effective May 29, 2019, the date the Office of the Federal Defender contacted them.

**APPOINTED COUNSEL IS ORDERED TO RETAIN THE SIGNED *FINANCIAL AFFIDAVIT* SUPPORTING APPOINTMENT.**

DATED: June 4, 2019.

_____
UNITED STATES DISTRICT JUDGE