TASHA PARIS CHALFANT, SBN 207055
Attorney at Law
5701 Lonetree Blvd., Suite 312
Rocklin, California 95765
Telephone:  (916) 444-6100
Fax:         (916) 930-6093
E-Mail:     tashachalfant@gmail.com

Attorney for Defendant
NIESHA NICOLE JACKSON

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>NIESHA NICOLE JACKSON,<br><br>　　　　　　　Defendant. | CASE NO. 2:09-CR-00325-01 KJM<br>CASE NO. 2:14-CR-00268-01 KJM<br><br>**REVISED STIPULATION AND ORDER RE: BRIEFING SCHEDULE ON DEFENDANT'S MOTION FOR REDUCTION IN SENTENCE AND COMPASSIONATE RELEASE** |

**STIPULATION**

1. Defendant, NIESHA NICOLE JACKSON, filed a Motion (for Hardship Credit for Hard Time Served) on April 19, 2021, seeking relief due to COVID. Docket No. 174. The Court construed this motion to be a Motion for Compassionate Release and counsel was appointed to assist Ms. JACKSON. Docket No. 175. Counsel needs time to work with Ms. JACKSON regarding the nature of her motion for compassionate release since this initial filing was rather unusual. Counsel began the process of communicating with Ms. JACKSON and promptly sent important documents requiring her signature to her current location in FCI Aliceville, Alabama. Today, counsel learned Ms. JACKSON has not received any mail from counsel which is necessary to begin

- 1 -

obtaining relevant records/documents for the motion. As such, counsel needs additional time to secure signed documents from Ms. JACKSON and begin the process of gathering records and preparing the motion.

2. Pursuant to Local Rule 430.1(d), briefs in opposition to a motion are due within seven days following service of the motion brief. Pursuant to Local Rule 430.1(e), replies to such oppositions are due within three days following service of the opposition brief. Pursuant to Local Rule 430.1(f), the parties may move for an extension of time.

3. The parties desire additional time for briefing on the yet to be filed defendant's motion. Accordingly, by this stipulation, the parties now move that:

    a) Defendant's Amended Motion for Compassionate Release be filed by July 12, 2021;

    b) The government's opposition or response to Defendant's motion, be filed on August 9, 2021; and,

    c) The defendant's reply, if any, will be filed by August 23, 2021.

IT IS SO STIPULATED.

Respectfully submitted,

Dated: May 26, 2021     /s/*Tasha Paris Chalfant*
TASHA PARIS CHALFANT
Attorney for Defendant
NIESHA NICOLE JACKSON

Dated: May 26, 2021     /s/*Tasha Paris Chalfant for*
MATTHEW DEAN SEGAL
Assistant United States Attorney
Counsel for Plaintiff

# FINDINGS AND ORDER

Based upon the stipulation and representations of the parties, the Court adopts the proposed briefing schedule as follows:

a) Defendant's Amended Motion for Compassionate Release be filed by July 12, 2021;

b) The government's opposition or response to Defendant's motion, be filed on August 9, 2021; and

c) The defendant's reply, if any, will be filed by August 23, 2021.

IT IS SO ORDERED.

DATED: May 27, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE