UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, <br><br> Plaintiff, <br><br> v. <br><br> Niesha Nicole Jackson, <br><br> Defendant. | No.   2:09-cr-00325-KJM <br>        2:14-cr-00268-KJM <br><br> ORDER |

Defendant Niesha Nicole Jackson moves to reduce her sentence to time served under 18 U.S.C. § 3582(c)(1)(A). When an incarcerated defendant files a motion under that section, the court may not consider the motion unless "(a) the inmate has 'fully exhausted all administrative rights to appeal a failure of the [Bureau of Prisons] to bring a motion on the [inmate]'s behalf,' or (b) 30 days have elapsed since the 'warden of the [inmate]'s facility' received a compassionate-release request from the inmate." *United States v. Keller*, 2 F.4th 1278, 1281 (9th Cir. 2021) (quoting 18 U.S.C. § 3582(c)(1)(A)). The United States claims Ms. Jackson has not exhausted her administrative remedies within the Bureau of Prisons, and Ms. Jackson has not submitted evidence that she has done so. *See* Opp'n at 7, ECF No. 184; Reply at 1–2, ECF No. 185. She concedes through her appointed counsel that she did not request relief from the Bureau of Prisons until after filing her motion. *See* Reply at 1.

/////

1

1    The court may not address the merits of a motion for compassionate release if it was filed
2 before the defendant exhausted administrative remedies. *See Keller*, 2 F.4th at 1282–83. The
3 motion for compassionate release is **denied without prejudice to renewal** after Ms. Jackson
4 exhausts her administrative remedies. Ms. Jackson's requests to file under seal are thus **denied as**
5 **moot**.
6    This order resolves:
7    - ECF Nos. 174, 181, and 183 in Case No. 09-cr-00325 and
8    - ECF Nos. 67, 74, and 75 in Case No. 24-cr-00268.
9    IT IS SO ORDERED.
10 DATED: August 28, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE